UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER:** **MC01-22-01ML/MC04-55-01ML** **DATE: June 10, 2005**

**TITLE:** **USA v. Charles Ethier**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Luis Matos, AUSA
Ed Roy, Esq.
Brian Pletcher, Probation Office

**PROCEEDING:**

Continuation of Preliminary Probation Violation Hearing:
Attorneys recommend sentence.
Deft's Counsel requests 7 days to obtain letter.
Court grants request.
Court takes under advisement.
R&R to follow.
Deft released on previously set conditions.

SCANNED
SCANNED